[No. 29555-9-III.   Division Three.   June 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LACEY KAE HIRST-PAVEK, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 09-1-00110-1, John Hotchkiss, J. Pro Tem., entered November 23, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 29724-1-III.   Division Three.   June 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS FABIAN PERALES, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-02163-1, Blaine G. Gibson, J., entered February 17, 2011. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 29883-3-III.   Division Three.   June 12, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KOUY GUY CHHONG, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 10-1-00217-3, Evan E. Sperline, J., entered April 25, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Siddoway, JJ.

[No. 29348-3-III.   Division Three.   June 14, 2012.]

*In the Matter of the Estate of* ROBERT D. WASHBURN.

Appeal from a judgment of the Superior Court for Stevens County, No. 09-4-00024-2, Allen Nielson, J., entered July 20, 2010. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Sweeney, J.